In re Estate of Thomas King, deceased testate.

## SUPREME COURT—IN BANCO.

### OCTOBER TERM—1872.

*Allen, Ch. J., Hartwell and Widemann, J. J.*

IN RE ESTATE OF THOMAS KING, DECEASED TESTATE,—APPEAL FROM DECISION OF MR. JUSTICE WIDEMANN IN PROBATE.

AN EXECUTOR cannot have both his statutory fees and compensation under the will.

P. H. Treadway, administrator with will annexed of Thos. King, deceased testate, having died intestate, W. C. Parke was appointed special administrator of his estate, and as such administrator, presented for probate that portion of Treadway's accounts with the King estate which dated from April 16th, 1870, when accounts up to that date were allowed in probate, and also presented his own account on that portion of Treadway's estate which related to the King estate. In the account thus presented the Court disallowed two items of $187.50, each, charged as compensation under the will, and ordered the petitioner to sur-charge his account with $187.50 previously allowed to Treadway for like compensation.  S. H. Phillips for the petitioner.

OPINION OF THE COURT BY HARTWELL, J.

The accounts once presented and allowed are not before the Court for review on this petition.

The items charged in this petitioner's account as compensation under the will are disallowed, inasmuch as statutory fees were also taken, and the statute does not allow both. Civil Code, Section 1281.